UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRENDA CRISTIA | CIVIL ACTION |
| VERSUS | NO. 09-1241 |
| | c/w 09-2052 |
| FIDELITY NATIONAL PROPERTY INSURANCE ET AL. | SECTION "N" (2) |

## ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION: Defendant's Motion for Sanctions, Record Doc. No. 29

O R D E R E D:

 XXX: DENIED, subject to the order contained herein. Based upon the representations of plaintiff's counsel in the opposition memorandum, it appears that plaintiff may have abandoned this claim. Certainly, she has not complied with her discovery obligations and has failed to keep in touch with her counsel. Nevertheless, the motion is denied at this time insofar as it seeks the draconian sanction of dismissal, which is reserved exclusively for contumacious and continuing discovery misconduct. Doe v. American Airlines, 283 Fed. Appx. 289, 2008 WL 2570789, at *2 (5th Cir. 2008), cert. denied, 129 S. Ct. 1003 (2009); Davis v. Auto Club Family Ins. Co., No. 07-8545, 2008 WL 5110619, at *1 (E.D. La. Dec. 2, 2008) (Vance, J.) (citing Federal Deposit Ins. Corp. v. Conner, 20 F.3d 1376, 1381 (5th Cir. 1994); Equal Employment Opportunity Comm'n v. General Dynamics Corp., 999 F.2d 113, 119 (5th Cir. 1993); Batson v. Neal Spelce Assocs., Inc., 765 F.2d 511, 515 (5th Cir. 1985)). So far, plaintiff has failed to comply with only one discovery order. While plaintiff's conduct in failing to comply with my previous discovery order or to provide discovery responses has been dilatory, the case is not ripe for dismissal as a discovery sanction, and in fact sanctions short of dismissal (such as an order prohibiting plaintiff from introducing exhibits at trial, Fed. R. Civ. P. 37(b)(2)(A)(ii)) may be more appropriate than dismissal. However, dismissal is the only remedy sought in this motion, and I find that sanction inappropriate at this time. Instead,

**IT IS ORDERED** that plaintiff must provide all documents and other materials responsive to defendant's requests for production, without <u>any</u> objection, since <u>all</u> objections are now deemed waived, no later than **April 21, 2010**.

New Orleans, Louisiana, this <u>  7th  </u> day of April, 2010.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE